UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | No.  2:25-cv-0309 CSK P |
| Plaintiff, | |
| v. | ORDER |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Defendant Douglas Eaton, M.D., filed a motion for extension of time to file a waiver of service of process, up to and including January 28, 2026.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Eaton's motion for an extension of time (ECF No. 38) is granted; and

2. Defendant Eaton shall file the waiver of service of process on or before January 28, 2026.

Dated:  January 26, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wils0309.eot

1