UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LITTLE BEAR WILSON, | No.  2:25-cv-0309 CSK |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY REQUESTS AND FILE MOTION TO COMPEL |
| v. | |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On June 18, 2026, defendants filed a first motion for extension of the deadline to propound discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36, up to and including June 24, 2026 (nunc pro tunc), and to file any corresponding motion to compel up to and including August 24, 2026.  (ECF No. 56.)  Good cause appearing, defendants' motion is granted.

I.      BACKGROUND

This action proceeds on plaintiff's first amended complaint alleging defendants Dr. Stokmanis and Dr. D. Eaton have been and continue to be deliberately indifferent to plaintiff's serious medical needs by denying and delaying medical care for plaintiff's spinal vertebrae, which has no cartilage, is bone on bone, and which causes plaintiff severe pain. (ECF

1

No. 30.)

On April 20, 2026, the Court issued a discovery and scheduling order.  (ECF No. 53.) The discovery deadline is set for August 14, 2026.  (Id.)  The parties may conduct discovery until August 14, 2026, and any motions necessary to compel discovery shall be filed by August 14, 2026. (ECF No. 53 at 5.)  In addition, all requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than 60 days prior to August 14, 2026; in other words, no later than June 15, 2026.  (Id.)  The pretrial motions deadline is set for November 6, 2026.  (Id. at 6.)

On June 18, 2026, defendants filed a motion to extend the deadline to serve written discovery requests, nunc pro tunc, and to file a motion to compel, due to an inadvertent clerical error using the wrong post office box in their discovery requests, which were timely propounded but for the incorrect address.  (ECF No. 56.)  Defendants seek administrative relief, under Local Rule 233(a), to extend by 10 days the deadline to serve requests for discovery to June 24, 2026, and to file, if necessary, any motion to compel by August 24, 2026.

II.    DEFENDANTS' MOTION UNDER LOCAL RULE 233

Local Rule 233 provides:

> Miscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief. Examples of matters that such motions may address include motions to exceed applicable page limitations; requests to shorten time on a motion; requests to extend a response deadline; requests to alter a briefing schedule; or requests to alter a discovery schedule that does not affect dispositive motion filing dates, trial dates, or the final pre-trial conference.

Local Rule 233.  Because defendants' motion for a ten day extension will not impact the pretrial motions deadline, Local Rule 233 applies.

III.    DISCUSSION

The discovery requests propounded by defendants were briefly delayed by the inadvertent use of the incorrect post office box, and defendants re-served the discovery requests shortly thereafter, on June 17, 2026.  (ECF No. 56 at 3.)  Defendants request the ten day extension of time to serve written discovery requests under Federal Rules of Civil Procedure 31, 33, 34 or 36

2

to allow defendants to "effectively participate in discovery." (Id.) In addition, defendants seek a ten day extension of the deadline to file motions to compel discovery because they will not know until they receive plaintiff's responses whether such motion will be required. As noted by defendants, this ten day extension will not affect the current dispositive motion deadline. This Court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 56) is GRANTED. L.R. 233.

2. Defendants' deadline to propound discovery under Federal Rules of Civil Procedure 31, 33, 34 or 36 is extended to June 24, 2026, nunc pro tunc;

3. The deadline to file motions to compel discovery is extended to August 24, 2026.

4. The pretrial motions deadline remains November 6, 2026. In all other respects, the discovery and scheduling order remains in effect. (ECF No. 53.)

Dated: June 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wils0309.233.eot

3