IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**JOHN LITTLE BEAR WILSON,**

Plaintiff,

**v.**

**HIGH DESERT STATE PRISON, et al.,**

Defendants.

2:25-cv-0309 CSK

**~~[PROPOSED]~~ ORDER**

Plaintiff is a state prisoner proceeding pro se. On July 30, 2026, defendants filed a motion for a fourteen-day extension of time for their deadline to file an opposition, if any, to plaintiff's motion to dismiss. (ECF No. 59.)

Good cause appearing, IT IS HEREBY ORDERED that defendants' first request for extension of time to file their opposition to plaintiff's motion to dismiss (ECF No. 60) is GRANTED. Defendants shall have up until and including August 14, 2026, to file their opposition.

Dated: August 3, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wils0309.ext.dsm